IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-BNB

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY,
CRUZ,
JAVERNICK,
COLLINS,
SUDLOW,
MADISON,
CHURCH,
LT. JOHN DOE,
HEIM,
MARTINEZ,
FENLON,
DENNEY,
NALLEY,
BAXTER,
WATTS,
PUGH,
HOOD,
HERSCHBERGER,
LAPPIN,
UNKNOWN EXECUTIVE PANEL (8),
BUREAU OF PRISONS,
DEPT. OF JUSTICE, and
UNITED STATES,

    Defendants.



FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2007

GREGORY C. LANGHAM
                CLERK

ORDER

    Plaintiff, Peter Georgacarakos, is a prisoner in the custody of the United States Bureau of Prisons at the United States Penitentiary, Administrative Maximum, at

Florence, Colorado (ADX). Mr. Georgacarakos has filed *pro se* a Prisoner Complaint alleging that Defendants have violated his rights under the United States Constitution. However, Mr. Georgacarakos has failed to provide an address for each Defendant. Mr. Georgacarakos provides a partial address for Defendants Wiley and Cruz at the ADX. It appears that Defendants Javernick, Collins, Sudlow, Madison, Church, Heim, Martinez, and Fenlon also are prison employees at the ADX. Unless Mr. Georgacarakos provides another address for those Defendants, the court will attempt to serve process on those Defendants at the ADX. Mr. Georgacarakos has not provided an address for any of the other Defendants in this action. He must provide a proper address for each Defendant in order for the court to effect service of process. He will be directed to do so below.

In addition, Mr. Georgacarakos has not provided the court with sufficient copies of the complaint to serve each named Defendant. Based on the information provided to the court in the complaint regarding the named Defendants, Mr. Georgacarakos must submit to the court nine copies of the complaint in order to serve each named Defendant. Mr. Georgacarakos is advised that additional copies of the complaint may be necessary depending on the addresses he provides for each Defendant. Accordingly, it is

ORDERED that Mr. Georgacarakos file a response to this order **within thirty (30) days from the date of this order** that provides a proper address for each named Defendant in order for the named Defendants to be served in this action. It is

FURTHER ORDERED that Mr. Georgacarakos submit nine copies of the complaint to the court within **thirty (30) days from the date of this order.** It is

FURTHER ORDERED that if Mr. Georgacarakos fails to comply with this order within time allowed, the complaint and the action will be dismissed without further notice for failure to prosecute.

DATED September 11, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  07-cv-01712-BNB

Peter Georgacarakos
Reg. No. 03029-036
ADX – Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 9/11/07

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk