IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-BNB

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY,
CRUZ,
JAVERNICK,
COLLINS,
SUDLOW,
MADISON,
CHURCH,
LT. JOHN DOE,
HEIM,
MARTINEZ,
FENLON,
DENNEY,
NALLEY,
BAXTER,
WATTS,
PUGH,
HOOD,
HERSCHBERGER,
LAPPIN,
UNKNOWN EXECUTIVE PANEL (8),
BUREAU OF PRISONS,
DEPT. OF JUSTICE, and
UNITED STATES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 13 2007

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion to Correct Defendant List" filed on September 11, 2007, is GRANTED.

Dated:  September 13, 2007

---

Copies of this Minute Order mailed on September 13, 2007, to the following:

Peter Georgacarakos
Reg. No. 03029-036
ADX - Florence
PO Box 8500
Florence, CO 81226

Secretary/Deputy Clerk