


# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-BNB

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY,
CRUZ,
JAVERNICK,
COLLINS,
SUDLOW,
MADISON,
CHURCH,
LT. JOHN DOE,
HEIM,
MARTINEZ,
FENLON,
DENNEY,
NALLEY,
BAXTER,
WATTS,
PUGH,
HOOD,
HERSCHBERGER,
LAPPIN,
UNKNOWN EXECUTIVE PANEL (8),
BUREAU OF PRISONS,
DEPT. OF JUSTICE, and
UNITED STATES,

    Defendants.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Order Compelling B.O.P. to Provide the Names and Addresses of 'Executive Panel' Officers, for the Purpose of Service of this Civil Action" filed on September 19, 2007, is DENIED. Plaintiff's "Motion for Court Order Requiring

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2007

GREGORY C. LANGHAM
CLERK

ADX Staff to Make Legal Copies for Submissions in Case" filed on September 25, 2007, is DENIED.

Dated: October 16, 2007

---

Copies of this Minute Order mailed on October 16, 2007, to the following:

Peter Georgacarakos
Reg. No. 03029-036
ADX - Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk