IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY,
CRUZ,
JAVERNICK,
COLLINS,
SUDLOW,
MADISON,
CHURCH,
LT. JOHN DOE,
HEIM,
MARTINEZ,
FENLON,
DENNEY,
NALLEY,
BAXTER,
WATTS,
PUGH,
HOOD,
HERSCHBERGER,
LAPPIN,
UNKNOWN EXECUTIVE PANEL (8),
BUREAU OF PRISONS,
DEPT. OF JUSTICE, and
UNITED STATES,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 2 6 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants.  If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants.  If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States.  It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED this 25th day of October, 2007.

BY THE COURT:

*Marcia A. Krieger*

Marcia S. Krieger
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 07-cv-01712-MSK-MEH

Peter Georgacarakos
Reg. No. 03029-036
ADX - Florence
PO Box 8500
Florence, CO 81226

Wiley, Cruz, Javernick, Collins,
Sudlow, Madison, Church,
Lt. D. Clark, Helm, Martinez,
and Fenlon - **WAIVER***
c/o Christopher B. Synsvoll
Attorney Advisor
**DELIVERED ELECTRONICALLY**

H. Watts, General Counsel – **CERTIFIED**
Office of General Counsel
Central Office
320 1st Street NW
Washington, DC 20534

Doctor Baxter – **CERTIFIED**
Office of General Counsel
Central Office
320 1st Street NW
Washington, DC 20534

Harley Lappin - **CERTIFIED**
Office of General Counsel
Central Office
320 1st Street NW
Washington, DC 20534

Doctor Denney - **CERTIFIED**
North Central Regional Office
Gateway Complex, Tower II
400 State Avenue, 8th Floor
Kansas City, KS 66101-2492

Director Nalley - **CERTIFIED**
North Central Regional Office
Gateway Complex, Tower II
400 State Avenue, 8th Floor
Kansas City, KS 66101-2492

United States Attorney General  - **CERTIFIED**
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Christopher Synsvoll for service of process on Wiley, Cruz, Javernick, Collins, Sudlow, Madison, Church, Lt. D. Clark, Helm, Martinez, and Fenlon; to The United States Attorney General; to H. Watts, General Counsel; to Doctor Baxter; to Harley Lappin; to Doctor Denney; to Director Nalley; and to the United States Attorney's Office: COMPLAINT FILED  08/14/07, NOTICE FILED 9/19/07, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE  on 10/26/07

GREGORY C. LANGHAM, CLERK

By:_____
        Deputy Clerk