IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

　　　　Plaintiff,

v.

WILEY, *et al.*,

　　　　Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 28, 2007.**

　　　　Plaintiff's Motion for Court Order Regarding Copies ("Motion") [filed November 1, 2007; doc # 20] is **denied**. The Motion is in the nature of a motion to compel production of documents or other tangible things. Plaintiff provides no indication that he requested any documents from the Defendants and was denied those copies, nor does he provide any certification under the Local Rules of this Court that he conferred with the Defendants' counsel prior to filing the Motion. The schedule for the parties' requests for discovery, including documents, will be discussed at the Preliminary Scheduling/Status Conference scheduled for February 7, 2008 at 9:30 a.m. in this matter.