IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 28, 2007.**

    Plaintiff's Motion to Supplement Complaint [filed November 1, 2007; doc # 21] is **denied as moot**. Pursuant to Fed. R. Civ. P. 15(a), a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Therefore, the Clerk of the Court is directed to file the Plaintiff's Amended Complaint found at doc #21-2. Defendants shall respond to the Amended Complaint in accordance with Fed. R. Civ. P. 15(a).