IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 28, 2007.**

    Plaintiff's Motion for Production of Service Address ("Motion") [filed November 23, 2007; doc # 41] is **denied without prejudice**. Plaintiff fails to identify which addresses he seeks for purposes of service of process. Plaintiff may re-file his request with the appropriate information.