IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 3, 2008.**

    In light of Defendants' failure to comply with this Court's Order of December 10, 2007 [doc #50] to respond on or before December 31, 2007 to Plaintiff's Supplemental [Amended] Motion for Production of Service Address [sic] ("Motion") [filed December 6, 2007; doc #47], the Court finds that Plaintiff's Motion is unopposed and the Motion is hereby **granted**. On or before January 15, 2008, Defendants shall provide to the Court the last known addresses of the individual Defendants named in Plaintiff's Motion, to allow the Clerk of the Court and the U.S. Marshal to comport with the District Court's Order Granting Service by United States Marshal [doc #15].