IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-01712-MSK-MEH | Date: February 7, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

PETER GEORGACARAKOS, *Pro Se* (by telephone)

    Plaintiff,

v.

WILEY,                                                                     Elizabeth Weishaupl
CRUZ,
JAVERNICK,
COLLINS,
SUDLOW,
MADISON,
CHURCH,
HEIM,
MARTINES,
FENLON,
NALLEY,
BAXTER,
WATTS,
PUGH,
HOOD,
HERSCHBERGER,
LAPPIN,
BUREAU OF PRISONS,
DEPARTMENT OF JUSTICE,
UNITED STATES,
D. CLARK, and
DENNEY,

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC PRELIMINARY SCHEDULING/STATUS CONFERENCE**

**Court in session:**     9:33 a.m.

Court calls case. Appearances of *pro se* Plaintiff by telephone and counsel for Defendants.

Discussion regarding what motions will be filed, pending motions, and deadlines.

Discussion and argument regarding Plaintiff's Motion for Scheduling of an Evidentiary Hearing on Unopposed Request for Injunction (Doc. #59, filed 1/14/08), and Plaintiff's Motion to Strike Defendants' Response to Motion for Hearing on Unopposed Motion for Preliminary Injunction (Doc. #65, filed 2/1/08).

**ORDERED:** For reasons stated on the record, the Court enters the following rulings:

1. Plaintiff's Motion for Scheduling of an Evidentiary Hearing on Unopposed Request for Injunction (Doc. #59, filed 1/14/08) is DENIED **without prejudice**.

2. Plaintiff's Motion to Strike Defendants' Response to Motion for Hearing on Unopposed Motion for Preliminary Injunction (Doc. #65, filed 2/1/08) is DENIED **as moot**, in light of the ruling on Plaintiff's Motion for Scheduling an Evidentiary Hearing above.

3. Defendants' Response to Plaintiff's Motion for Preliminary Injunction is due by **February 19, 2008.**

4. Plaintiff's Reply to Defendants' Response is due by **February 28, 2008.**

The Court will not enter a Scheduling Order at this time, pending ruling on Plaintiff's Motion for Preliminary Injunction.

**Court in recess:** **9:49 a.m. (Hearing concluded)**
**Total time in Court:** 0:16