IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 08-cv-00175-CBS-KLM

SARA HUDSPETH, and
GLEN HUDSPETH
    Plaintiffs,
v.

PRESTIGE MAINTENANCE USA LTD., and
TARGET CORPORATION, a Foreign Corporation,
    Defendants.
_____

ORDER AND ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On March 20, 2008, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 17). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 08-cv-00175-CBS-KLM**.

1

II.     Order of Reference

The Order of Reference dated February 1, 2008 (doc. # 9) is hereby VACATED. This matter is now referred to United States Magistrate Judge Kristen L. Mix *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.

III.    Further Proceedings

A.      The Scheduling/Planning Conference set on March 26, 2008 at 10:00 a.m. before Magistrate Judge Mix is VACATED and **RESET to Tuesday April 15, 2008 at 8:30 a.m.** before Magistrate Judge Shaffer in Courtroom A-402.

B.      No later than five (5) calendar days prior to the Scheduling/Planning Conference, counsel shall submit a revised proposed Scheduling Order. An additional copy of the revised proposed Scheduling Order shall be provided to Magistrate Judge Shaffer at Shaffer_Chambers@cod.uscourts.gov by e-mail attachment with the subject line stating "Proposed Scheduling Order" and in WordPerfect format.

DATED at Denver, Colorado, this 24th day of March, 2008.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge