IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2008.**

    Plaintiff's Motion "to Correct Errata in this Civil Action" [filed February 15, 2008; doc #73] is **denied**. Pursuant to Fed. R. Civ. P. 20, defendants may be joined in one action if:

> (a)(2)(A) any right to relief is asserted against them jointly, severally or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and
>     (B) any question of law or fact common to all defendants will arise in the action.

Here, Plaintiff requests that Dr. Marie Bailey and Dr. Paul Zahn be added as defendants in this matter. However, Plaintiff fails to provide a short and plain statement of any claims showing that he is entitled to relief from these individuals. There is nothing in the Amended Complaint [doc #100] either naming or referring to Dr. Bailey or Dr. Zahn. Plaintiff's singular statement that "the addition of these two defendants in no manner alters or expands the allegations of claims 3 and 4, their conduct being essentially identical to that of the others, but their specific duties unique [psychology rather than security]" does not meet the requirements of Fed. R. Civ. P. 8(a).