IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 27, 2008.**

    In light of Defendants' explanations and provision of requested documents and of Plaintiff's assertion that he chooses not to file a reply to the motion, Plaintiff's Motion for Subpoena of Documents [filed March 7, 2008; doc #86] is **denied as moot**.