IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 9, 2008.**

    In light of this Court's Order on Plaintiff's Motion for Court to Order Production of Documents [doc #111], Plaintiff's Motion for Reconsideration Due to Mistake [filed April 3, 2008; doc #110] is **denied**.