IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 9, 2008.**

    Pending before the Court is Plaintiff's Motion for Court to Order Production of Documents or Take Judicial Notice of Missing Evidence Relevant to this Action ("Motion") [filed April 3, 2008; doc #111]. Construing the *pro se* pleading liberally as I must, I interpret Plaintiff's motion as a Renewed Motion for Production of Documents with respect to his original Motion for Subpoena of Documents filed March 7, 2008 [doc. #86]. Defendants responded to that original motion arguing that Plaintiff is not entitled to discovery at this stage of the litigation, but nevertheless, produced of a copy of what they argue is the only existing document that is related to the "documents" Plaintiff requested. *See* doc. #93 at 5. Plaintiff chose not to reply to Defendants' response. *See* doc. #95. In the within Motion, Plaintiff again has chosen not to respond to Defendants' arguments, and fails to explain how the requested documents are relevant and/or why Defendants' production does not satisfy his request. Therefore, Plaintiff's Motion is **denied**.