IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 18, 2008.**

    Plaintiff's Motion for Reconsideration of Motion for Subpoena (docket #111) [filed April 17, 2008; docket #125] is **granted in part and denied in part**. Defendants shall provide Plaintiff a copy of Exhibit A attached to their response to Plaintiff's original Motion for Subpoena of Documents, found at docket #93-2. The motion is denied in all other respects for the reasons set forth in this Court's April 9, 2008 Order at docket #121.