IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2008.**

    Plaintiff's Motion for Renewed Order for Marshal's (sic) to Affect (sic) Service or for Sanctions Against Defendant Pugh for Evading Service Attempts [filed April 22, 2008; docket #129] is **granted**. On January 3, 2008, this Court ordered that Defendants produce addresses for Defendants Pugh, Hood and Herschberger "to allow the Clerk of the Court and the U.S. Marshal to comport with the District Court's Order Granting Service by United States Marshal." *See* doc. #57. Thereafter, Defendants filed waivers of service for Defendants Hood and Herschberger (docs. #58 and #61); however, no such waiver was filed for Defendant Pugh and Defendants never responded to the Court's Order.

    Therefore, Defendants are ordered to provide the last known address for Defendant Pugh **on or before May 1, 2008**. Thereafter, the Clerk of the Court and U.S. Marshal will be instructed to serve Defendant Pugh according to the Court's established procedures and in accordance with Fed. R. Civ. P. 4.