IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2008.**

    Plaintiff's Motion for Sanctions for Citing Unpublished Cases [filed April 22, 2008; docket #130] is **denied**. Plaintiff's reliance on *Sorchini v. City of Coving*, 250 F.3d 706 (9th Cir. 2001) for the proposition that sanctions are appropriate in this matter is misplaced, since the case involves a local rule in the Ninth Circuit Court of Appeals.

    Nevertheless, with respect to their Motion to Dismiss [doc #124], it appears that Defendants failed to comply with D.C. Colo. LCivR 7.1D, which states "[i]f an unpublished opinion is cited, a copy of the opinion must be attached to the motion, response, or reply in which it is cited." Although the motion cites to a number of unpublished opinions, no copies of the opinions were attached to the motion, and thus, were likely not produced to the Plaintiff. Therefore, **on or before May 1, 2008**, Defendants are **ordered** to provide Plaintiff with copies of all unpublished cases cited in the Motion to Dismiss. The Court finds that sanctions are not appropriate and will not be imposed in this matter.