IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 24, 2008.**

    Plaintiff's Motion to Strike Defendants' "Response" and Order Sanctions Pursuant to Rule 11 [filed April 22, 2008; docket #132] is **denied**. The Court will consider all information that has been submitted in accordance with its orders and that is in support or defense of the motion for preliminary injunction.