IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 25, 2008.**

    Plaintiff's Motion for Default on Preliminary Injunction [filed April 24, 2008; docket #136] is **denied**. The motion does not comport with motions requesting default judgment, which are governed by Fed. R. Civ. P. 55.