IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 9, 2008.**

    Plaintiff's Motion for Clarification of Minute Order Dated 4/25/08 [filed May 6, 2008; docket #146] is **granted**. Pursuant to Fed. R. Civ. P. 55, a party must first seek entry of default from the Clerk of the Court against any party that "has failed to plead or otherwise defend." Here, no entry of default has been entered against Defendants, and they have "plead or otherwise defended" by responding to the Amended Complaint in accordance with the Federal Rules of Civil Procedure and this Court's orders.