IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 9, 2008.**

    Plaintiff's Motion for Production of Exhibit Documents [filed May 8, 2008; docket #150] is **granted**. Defendants shall provide Plaintiff a copy of Exhibit A to the document found at docket #122.