IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

   Plaintiff,

v.

WILEY, *et al.*,

   Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 16, 2008.**

   Plaintiff's Motion for Physical and Mental Examination Pursuant to Rule 35 [filed May 12, 2008; docket #159] is **denied**. Fed. R. Civ. P. 35 provides that a court "may order a party . . . to submit to a physical or mental examination." Here, Plaintiff is volunteering to submit to an examination; thus, no order is necessary. Moreover, Plaintiff has offered no explanation for the requirement of a court order to seek a medical examination at the ADX facility.