IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

      Plaintiff,

v.

WILEY, *et al.*,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 16, 2008.**

      Plaintiff's Motion for Dismissal of His Motion for Production of Exhibit Documents [filed May 15, 2008; docket #163] is **denied as moot**.  Plaintiff's Motion for Production of Exhibit Documents was granted by this Court on May 9, 2008 [doc. #154].