IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 19, 2008.**

    Plaintiff's Motion for Transcripts of Evidentiary Hearing [filed May 12, 2008; docket #158] is **denied**. The costs associated with preparing transcripts are not provided pursuant to 28 U.S.C. § 1915; therefore, Plaintiff is directed to contact the Clerk's Office of this Court directly to order transcripts at his own cost.