IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

      Plaintiff,

v.

WILEY, *et al.*,

      Defendants.

---

**MINUTE ORDER**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 27, 2008.**

      Plaintiff's Motion for Judge to Order "Martinez Report" [filed May 20, 2008; docket #171] is **denied**. While the Tenth Circuit allows such investigative reports to determine whether a *pro se* prisoner's allegations have any factual or legal basis, evidentiary hearings serve the same purpose. *See Northington v. Jackson*, 973 F.2d 1518, 1521 (10th Cir. 1992) (citing *Martinez v. Aaron*, 570 F.2d 317, 318-19 (10th Cir. 1978)). Here, this Court held an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction on March 26, 2008. Moreover, in his motion, Plaintiff requests that the ADX investigate and provide answers to factual issues raised in his Complaint; however, a *Martinez* report is not designed for such purpose. *Id.* ("This process is designed to aid the court in fleshing out possible legal bases of relief from unartfully drawn *pro se* prisoner complaints, not to resolve material factual issues.").