IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 27, 2008.**

    For the same reasons set forth in this Court's minute order of May 9, 2008 [doc. #153], Plaintiff's Motion for Reconsideration of Request for Default Judgment on Preliminary Injunction [filed May 20, 2008; docket #172] is **denied**.