IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 29, 2008.**

Plaintiff's Motion for Reconsideration of Minute Order Denying Motion for Physical and Mental Exam [filed May 23, 2008; docket #182] is **denied**. As stated in the May 16, 2008 minute order, Fed. R. Civ. P. 35 provides that a court "may order a party . . . to submit to a physical or mental examination." Rule 35 contemplates that the party requesting an independent examination of the opposing party will pay the costs associated with such examination. Here, the plaintiff is proceeding *in forma pauperis* pursuant to 28 U.S.C. § 1915; the statute does not provide for the costs associated with an independent examination requested by the Plaintiff.