IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 3 0 2008

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the Plaintiff leave to proceed *in forma pauperis*. In addition, Defendants have provided the current address of Defendant Warden Pugh under seal [*see* docket #176]. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from Defendant Warden Pugh. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the Defendant. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendant Warden Pugh or counsel for the Defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the Defendant.

Dated this 29th day of May, 2008 in Denver, Colorado.

                    BY THE COURT:

                    <u>s/Michael E. Hegarty</u>
                    Michael E. Hegarty
                    United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01712-MSK-MEH

Peter Georgacarakos
Reg. No. 03029-036
ADX - Florence
PO Box 8500
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Warden Pugh
**FORMS PROVIDED UNDER SEAL**

Elizabeth Ann Weishaupl
Assistant U.S. Attorney
United States Attorney's Office
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to The United States Marshal Service for service of process on Warden Pugh: COMPLAINT FILED 08/14/07, NOTICE FILED 9/19/07, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/30/08.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk