IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 3, 2008.**

    Plaintiff's Motion for Judge to Take Notice of RLUIPA [filed May 29, 2008; docket #189] is **denied**. The Plaintiff's pleadings speak for themselves; therefore, it is unnecessary for the Court to take judicial notice of any claims Plaintiff has alleged. To the extent Plaintiff is seeking to object further to the Report and Recommendation on his Motion for Preliminary Injunction, the deadline for doing so has passed.