IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 6, 2008.**

    For the reasons set forth in this Court's orders of May 29, 2008 [doc. #187] and May 16, 2008 [doc. #167], Plaintiff's Second Motion for Reconsideration of Denial of Motion for Mental Examination [filed June 5, 2008; docket #196] is **denied**.