IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGAKARAKOS,

    Plaintiff,

v.

R. WILEY, *et al.*

    Defendants.

---

## ORDER ON MOTION FOR RECUSAL

---

**Michael E. Hegarty, United States Magistrate Judge.**

    Before the Court is Plaintiff's Motion for Recusal of Magistrate Judge [doc #155]. Plaintiff requests that I recuse myself from this case due to alleged bias and impartiality. Because I am a United States Magistrate Judge, I will consider his motion under the appropriate standard of 28 U.S.C. § 455(a),[1] which provides, in pertinent part, "[a]ny . . . magistrate of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned."

    The standard for impartiality under 28 U.S.C. § 455 is an objective one, requiring recusal only if "a reasonable person, knowing all the relevant facts, would harbor doubts about the judge's impartiality." *United States v. Cooley*, 1 F.3d 985, 993 (10th Cir. 1993) (citations omitted). In this case, recusal is not appropriate. Based on the facts alleged in Plaintiff's recent motion, he has not demonstrated that a reasonable person would question my impartiality. Plaintiff's entire argument centers around his displeasure and disagreement with my rulings and recommendation. However,

---

[1] Plaintiff contends that I have an "extreme" bias against him personally in violation of 28 U.S.C. § 455(b)(1); however, none of his allegations reflect that I have any personal knowledge about him or any knowledge of disputed evidentiary facts concerning the proceeding (and, of course, I have no such knowledge or personal bias against the Plaintiff).

Judge Krieger has referred these motions to me pursuant to the Local Rules, and "adverse rulings cannot in themselves form the appropriate grounds for disqualification." *Green v. Branson*, 108 F.3d 1296, 1305 (10th Cir. 1997). Plaintiff's arguments are an insufficient basis for a recusal. *See United States v. Greenspan*, 26 F.3d 1001, 1005 (10th Cir. 1994) (holding that a judge has just as strong a duty to sit when there is no legitimate reason to recuse as he does to recuse when the law and facts require).

Accordingly, for the reasons stated above, Plaintiff's Motion for Recusal of Magistrate Judge [filed May 12, 2008; doc #155] is **denied**.

Dated at Denver, Colorado this 10th day of June, 2008.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge