# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

      Plaintiff,

v.

WILEY, *et al.*,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 13, 2008.**

      Plaintiff's Ex Parte Motion for Judgement [sic] of Default Pursuant to Rule 55, F.R.Civ.P. [Filed June 12, 2008; Docket #210] is **denied**. Default is only appropriate after notice and an opportunity to be heard and on the basis that a party refuses to participate in the lawsuit. Therefore, an *ex parte* motion for default is never appropriate, and a review of the record demonstrates the high level of participation of both parties in this lawsuit.