IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2008.**

Defendants' Unopposed Motion to Stay Discovery Pending Resolution of the Motion to Dismiss [Filed June 18, 2008; Docket #217] is **granted in part and denied in part**. As to the individual Defendants who have raised qualified immunity, discovery is stayed. As to the Defendant entities, who have apparently not raised any immunity defense, discovery is not stayed.

It is hereby ORDERED that a Preliminary Scheduling/Status Conference is set for **September 18, 2008,** at the hour of **9:30 a.m.,** in the Byron G. Rogers U.S. Courthouse, Courtroom 203, 1929 Stout Street, Denver, Colorado. The Plaintiff shall participate in this conference by telephone. Counsel whose offices are located outside of the Denver metropolitan area may appear at the scheduling conference by telephone.

The parties need not comply with the requirements of Fed.R.Civ.P. 16 and D.C.COLO.LCivR 16.2 and 26.1. The purpose of the initial conference is to consider what discovery, if any, will be needed. No discovery shall be submitted until after the preliminary scheduling/status conference, unless otherwise ordered or directed by the district judge in this case.

Plaintiff and his case manager, or a representative of the facility, shall contact the Court at (303) 844-4507 on the above date and time in order to participate.

**In addition to notice of filing of this Minute Order being provided to the parties, it is ORDERED that the office of the Clerk shall mail a copy of this Minute Order to the following**:

CASE MANAGER FOR
Peter Georgacarakos #03029-036
Florence ADMAX
U.S. Penitentiary
PO Box 8500
Florence, CO 81226