IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2008.**

    Plaintiff's Motion for Judgment Based Upon Fraud Upon the Court, Pursuant to Rule 9(b) F.R.Civ.P. [Filed June 19, 2008; Docket #221] is **denied**. Essentially, Plaintiff disagrees with Defendants' testimony presented at the evidentiary hearing on Plaintiff's Motion for Preliminary Injunction. Plaintiff's arguments would be better directed to an Objection to the Recommendation on Plaintiff's Motion for Preliminary Injunction to be heard by the District Judge in this case. Moreover, Plaintiff misconstrues the purpose of Fed. R. Civ. P. 9(b).