IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 20, 2008.**

    For substantially the same reasons set forth in this Court's Order dated June 10, 2008, Plaintiff's Motion for Reconsideration of Recusal Order [filed June 19, 2008; docket #222] is **denied**. Plaintiff's disagreement with the Recommendation on Motion for Preliminary Injunction does not form an appropriate basis for recusal.