IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

     Plaintiff,

v.

WILEY, *et al.*,

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2008.**

Plaintiff's Motion for Subpoena of Discovery Documents Now Subject to Destruction by BOP [Filed June 19, 2008; Docket #223] is **denied without prejudice** because discovery has not yet commenced in this case. Nevertheless, Defendants are reminded of their continuing obligation to preserve all documents related to this litigation.