IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 20, 2008.**

    Plaintiff's *Ex Parte* Motion for Granting of Unopposed Motions [Filed June 19, 2008; Docket #230] is hereby **stricken**. Plaintiff is admonished that all future *ex parte* motions, which plainly violate the requirements of due process, will be stricken from the record.