IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 27, 2008.**

    Pending before the Court is Plaintiff's Motion for Sanctions Against Defendant Mark Collins for Making Untrue Sworn Declarations Supporting a Position [filed June 6, 2008; docket #201], which the Court has construed as a motion to strike Mark Collins' affidavit [docket # 208]. Upon review of the motion, the response and the record, the Court finds that the declaration made by Mr. Collins simply contains factual information that is disputed by Plaintiff and typically would be presented before a factfinder for determination. The Court perceives no bad faith in this matter; therefore, the within Motion for Sanctions is **denied**.