IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

　　　　Plaintiff,

v.

WILEY, *et al.*,

　　　　Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 27, 2008.**

　　For the same reasons set forth in this Court's June 20, 2008 order [docket #237], Plaintiff's *Ex Parte* Motion for Court to Grant Three Unopposed Procedural Motions [filed June 24, 2008; docket #243] is hereby **stricken**. Again, Plaintiff is admonished that all future *ex parte* motions, which plainly violate the requirements of due process, will be stricken from the record.