IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

　　　　Plaintiff,

v.

WILEY, *et al.*,

　　　　Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 7, 2008.**

　　　　Plaintiff's Motion for Granting [sic] Unopposed Motion for More Definite Statement [filed July 2, 2008; docket #255] is **denied as moot**. The relief Plaintiff seeks is duplicative of that requested in the Rule 12(e) Motion for More Definite Statement [doc #131] currently pending before the District Court in this matter. Furthermore, Plaintiff provides no authority for his proposition that he is automatically entitled to relief when a motion is unopposed. *See generally* D.C. Colo. LCivR 7.1C regarding "Motion, Response, and Reply": "Nothing in this rule precludes a judicial officer from ruling on a motion at any time after it is filed."