IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, July 8, 2008.**

    Plaintiff's Motion for the Court to Order Service of the Response to Motion for Sanctions [filed July 7, 2008; docket #258] is **granted**. The Court notes that Defendants provided with their response a Certificate of Service reflecting that the response was mailed to Plaintiff at his current address. *See* doc. #249. Nevertheless, Defendants shall mail a second copy of the response to Plaintiff and shall file a Certificate of Service with the Court reflecting the same.