IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 25, 2008.**

    Plaintiff's Emergency Motion for Court Order to Preserve Evidence in this Civil Action [filed July 24, 2008; docket #272] is **denied**. There is no claim in the instant action regarding any recent shooting using rubber bullets.