IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 12, 2008.**

    For the same reasons set forth in this Court's July 25, 2008 Order [docket #274], Plaintiff's Motion for Temporary Restraining Order [filed August 7, 2008; docket #276] is **denied**.