IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 19, 2008.**

    Plaintiff's Motion for Judgement (sic) of Default [filed September 18, 2008; docket #289] is **denied**. Plaintiff bases this motion on his Motion for Summary Judgment filed in this Court on March 3, 2008 [docket #84], to which he contends Defendants have not responded. On September 12, 2008, Judge Krieger entered an order denying Plaintiff's Motion for Summary Judgment [*see* docket #284 at 43-44]; therefore, the within motion is moot. Moreover, Plaintiff may not move for default judgment where no entry of default has entered. *See* Fed. R. Civ. P. 55.