IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 1, 2008.**

    Plaintiff's Motion for Court to Provide Hearing Transcript [filed September 29, 2008; docket #307] is **granted**. Pursuant to 28 U.S.C. § 1915(c), the Clerk of the Court is directed to deliver a copy of the hearing transcript, found at docket #214, to the Plaintiff at his current address, and to file a certificate of service certifying such delivery.