IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 8, 2008.**

    Plaintiff's (Motion) Request for Subpoena [filed October 6, 2008; docket #312], which the Court construes as a motion to compel production of documents [docket #315] is **denied without prejudice** for Plaintiff's failure to comply with Fed. R. Civ. P. 37(a)(1).