IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 20, 2008.**

    Plaintiff's Second Motion for Renewed Order for Marshals Service to Serve Complaint on Defendant Pugh or for Sanctions [filed October 16, 2008; docket #325] is **denied**. The Marshal attempted service on former Warden Pugh at his last known address on June 10, 2008 (docket #240); however, Mr. Pugh is no longer located at that address.