IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 24, 2008.**

    Pending before the Court are (1) a Motion for Permissive Joinder Pursuant to Rule 20(a) and/or for Permissive Intervention Pursuant to Rule 24(b) filed by Joseph Dougherty [filed October 17, 2008; docket #329], (2) a Motion for Permissive Joinder Pursuant to Rule 20(a) and/or for Permissive Intervention Pursuant to Rule 24(b) filed by Shane McMillan [filed October 17, 2008; docket #332], (3) Motion for Permissive Joinder Pursuant to Rule 20(a) and/or for Permissive Intervention Pursuant to Rule 24(b) filed by Casey Bernard Rodriguez [filed October 21, 2008; docket #336]; and (4) Motion for Permissive Joinder Pursuant to Rule 20(a) and/or for Permissive Intervention Pursuant to Rule 24(b) filed by Steve Laren Scott [filed October 23, 2008; docket #340]. The motions are construed as requests to intervene in the instant litigation,[1] and are **denied without prejudice** for failure to comply with Fed. R. Civ. P. 24(c).

---

[1] Intervention is a procedure by which an outsider with an interest in a lawsuit may come in as a party though the outsider has not been named as a party by the existing litigants. 7C Wright, Miller & Kane, Federal Practice & Procedure § 1901 (3d ed. 2007).