IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 24, 2008.**

    Plaintiff's Second Motion for Return of Original Documents [filed October 23, 2008; docket #339] is **denied**. The motion is duplicative of his original motion filed September 22, 2008 and pending before the District Court. The Plaintiff is warned that, pursuant to D.C. Colo. LCivR 7.1H, he may be subject to sanctions for filing redundant motions in this matter.