IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 24, 2008.**

    Plaintiff's Motion for Court to Appoint Private Investigator [<u>filed October 23, 2008; docket #338</u>] is **denied**. Such request is not authorized pursuant to 28 U.S.C. § 1915.