IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 24, 2008.**

    Plaintiff's Motion to Correct Errors [filed September 25, 2008; docket #299] is **denied**. Plaintiff's request to change "Lt. John Doe" to Lt. Clark has already been made; therefore, the request is moot. Plaintiff's assertion that the Complaint in this matter is not "amended" is incorrect; Plaintiff filed an Amended Complaint on November 28, 2007 in accordance with Fed. R. Civ. P. 15(a)(1). *See* docket #100.