IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

Plaintiff,

v.

WILEY, *et al.*,

Defendants.

**MINUTE ORDER**

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2008.**

Plaintiff's Motion for Clarification of Court's Order Denying Without Prejudice Motions for Intervention [filed November 3, 2008; docket #364] is **denied**. Rule 24(c) of the Federal Rules of Civil Procedure, titled "Notice and Pleading Required," speaks for itself. *See Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991) (it is not the proper function of the court to serve as an advocate for a *pro se* litigant).