IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2008.**

    Plaintiff's Motion for Magistrate to 'Amend' Complaint Consistently with his Assertion it is Amended [filed November 3, 2008; docket #361] is **denied**. As explained previously, Plaintiff filed an Amended Complaint pursuant to Fed. R. Civ. P. 15(a) on November 28, 2007 before a responsive pleading was filed in this case. According to Rule 15(a), a party may amend its pleading once as a matter of course (without seeking leave of the court) before being served with a responsive pleading. Thus, the current operative pleading is the Amended Complaint found at docket #100.