IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 5, 2008.**

    Plaintiff's Motion to Compell [sic] Compliance with Discovery [filed November 3, 2008; docket #360] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 37(a)(1) and D.C. Colo. LCivR 37.1 and 7.1A. Although Plaintiff is proceeding *pro se* in this action, he remains obligated to comply with the federal and local rules.