IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

    Pending before the Court are an Amended Motion for Permissive Joinder Pursuant to Rule 20(a) and/or for Permissive Intervention Pursuant to Rule 24(b) filed by Kyle Kenneth Bell [filed November 10, 2008; docket #390] and an Amended Motion for Permissive Joinder Pursuant to Rule 20(a) and/or for Permissive Intervention Pursuant to Rule 24(b) filed by George A. Scalf [filed November 7, 2008; docket #391] .

    Once again, the motions are construed as requests to intervene in the instant litigation,[1] and are **denied without prejudice** for failure to comply with Fed. R. Civ. P. 24(c)'s requirement to file a motion "stat[ing] the grounds for intervention," which must "be accompanied by a *pleading* [here, a complaint] that sets out the claim or defense for which intervention is sought" (emphasis added). Such requirement is particularly important here, where the movants are seeking class certification as well as intervention.

---

    [1] Intervention is a procedure by which an outsider with an interest in a lawsuit may come in as a party though the outsider has not been named as a party by the existing litigants. 7C Wright, Miller & Kane, Federal Practice & Procedure § 1901 (3d ed. 2007).