IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

    Plaintiff's Motion to Allow Plaintiff Full Discovery and to Compell [sic] Defendants to Comply Therewith [filed November 6, 2008; docket #379] is **denied without prejudice**. A review of the September 18, 2008 Scheduling/Status Conference recording reveals that the Court suggested to the parties that the number of written discovery requests be limited to 25 interrogatories, 25 requests for production and 25 requests for admissions. The Plaintiff stipulated to these limitations. Thus, Plaintiff's assertion that the Court "made a passing statement" regarding the number of written discovery requests is simply untrue. The Court's suggested number of written discovery requests in no way "establishes special rules counter to local and general rules" regarding discovery. In fact, the suggested number is commonly awarded to parties in single-plaintiff civil rights cases, and the Plaintiff here has failed to demonstrate good cause for his demand of 75 requests for admission and 40 requests for production of documents. In the event that Plaintiff can establish good cause to exceed the limits previously imposed in this case, the Court would consider altering the limits.