IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 17, 2008.**

    In light of the affidavit provided by Christopher Synsvoll, Plaintiff's Motion for Court to Order the BOP to Provide the U.S. Marshal's Service with Defendant Pugh's Current Address [filed November 3, 2008; docket #363] is **denied**. The Court has already attempted service at the last known address provided by Defendant [*see* dockets #191 and #240].