IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 1, 2008.**

    For the same reasons set forth in this Court's November 17, 2008 minute order [docket # 400], the Motion for Permissive Joinder Pursuant and/or for Permissive Intervention Pursuant to Rule 20 and 24 filed by Ralph Gambina [filed November 21, 2008; docket #410] is construed as a request to intervene in the instant litigation,[1] and is **denied without prejudice**.

---

[1] Intervention is a procedure by which an outsider with an interest in a lawsuit may come in as a party though the outsider has not been named as a party by the existing litigants. 7C Wright, Miller & Kane, Federal Practice & Procedure § 1901 (3d ed. 2007).