IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

_____

**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE FOR FAILURE TO PAY**
_____

By an Order entered August 14, 2007 [doc. # 2], Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), Plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to his account" until the filing fee is paid in full.  In the Order granting plaintiff leave to proceed *in forma pauperis*, Plaintiff was instructed either to make the required monthly payments or to show cause **each month** why he has no assets and no means by which to make the monthly payment .  In order to show cause, Plaintiff was directed to file a certified copy of his inmate trust fund account statement with the Court.  Docket #2 at 2.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this civil action.  *Id.* at 3-4; *see also* Order, December 10, 2007, docket #49; Order, February 4, 2008, docket #68.

Plaintiff has failed to make the required monthly payments or to show sufficient cause why he has no assets and no means by which to make the monthly payments for the months of September 2008 and October 2008.  The last time Plaintiff filed a certified Trust Fund Account Statement was on September 15, 2008 for the month of August 2008 [docket #286].

The Plaintiff has been warned numerous times by this Court and by others[1] that he must comply with the requirements of 28 U.S.C. § 1915. Once again, Plaintiff has failed to comply with this Court's orders granting him leave to proceed *in forma pauperis* and requesting a sufficient showing of cause for Plaintiff's failure to submit fee payments since August 2008.

Therefore, IT IS ORDERED that on or before **December 16, 2008**, Plaintiff shall either make the required monthly payments for September 2008 and October 2008 and for each month thereafter, or file a properly certified copy of his inmate trust fund account statement for the same months demonstrating that he is not required pursuant to 28 U.S.C. § 1915(b)(2) to make a monthly payment. Plaintiff is instructed that the statement be certified by a prison official, and not by himself. The civil action number should be noted on all payments as well as on any trust fund statements that are filed with the court.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, the complaint and this civil action may be **dismissed without further notice**.

DATED this 4th day of December, 2008, in Denver, Colorado.

BY THE COURT:

　　s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge

---

[1] Plaintiff has filed a number of actions with this Court, including in September 2005, a Petition for Writ of Habeas Corpus in 05-cv-02207-ZLW. That action was dismissed for Plaintiff's failure to comply with the payment/show cause requirements of 28 U.S.C. § 1915.