IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 5, 2008.**

    Assuming (without deciding) that Plaintiff has standing in this matter, his Motion for Reconsideration of Denial of Motions to Permissibly Intervene [filed November 28, 2008; docket #422], which may be construed pursuant to Fed. R. Civ. P. 59(e) or 60(b)[1], is **denied without prejudice**; the minute orders for which Plaintiff is requesting reconsideration are not final orders or judgments.

---

[1] A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed.R.Civ.P. 59(e) or a motion seeking relief from the judgment pursuant to Fed.R.Civ.P. 60(b)." *Van Skiver v. United States,* 952 F.2d 1241, 1243 (10th Cir. 1991).