IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

---

Civil Action No. 07-cv-01712-MSK-MEH          Date: December 10, 2008
Courtroom Deputy: Cathy Coomes          **FTR – Courtroom C203**

---

PETER GEORGACARAKOS,          *Pro Se*

    Plaintiff,

vs.

WILEY,          J. Benedict Garcia
CRUZ,
JAVERNICK,
COLLINS,
SUDLOW,
MADISON,
CHURCH,
HEIM,
MARTINEZ,
FENLON,
PUGH,
HOOD,
HERSCHBERGER,
BUREAU OF PRISONS,
DEPARTMENT OF JUSTICE,
UNITED STATES, and
D. CLARK,

    Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**TELEPHONIC MOTIONS HEARING**

**Court in session:**     9:10 a.m.

Court calls case. Appearances of *pro se* Plaintiff and counsel by telephone.

Mr. Garcia states that he does not represent Defendants Pugh and Clark.

Argument and discussion regarding Plaintiff's Motion Concerning Discovery (Doc. #414, filed 11/25/08); Plaintiff's Motion to Extend Discovery Schedule (Doc. #415, filed 11/25/2008); and Plaintiff's Motion for Discovery Sanctions (Doc. #421, filed 11/28. 2008).

Mr. Garcia states that he does not have the Requests for Admissions for Defendants Church and Wiley.

**ORDERED:** 1. Plaintiff's Motion Concerning Discovery (Doc. #414, filed 11/25/08) is GRANTED in part and DENIED in part. Plaintiff shall have 25 additional total Requests for Production of Documents. Plaintiff shall also have the following Requests for Admissions: **27 for Defendant Herschberger, 40 for Defendant Church, 43 for Defendant Madison, 36 for Defendant Heim, 35 for Defendant Cruz, and 73 for Defendant Wiley.** Plaintiff waives all further admissions. Plaintiff shall send the Requests for Admissions for Defendants Wiley and Church to Mr. Garcia.

2. Plaintiff's Motion to Extend Discovery Schedule (Doc. #415, filed 11/25/2008) is GRANTED. **The discovery cutoff is extended to March 2, 2009, and the dispositive motions deadline is extended to April 2, 2009.**

3. Plaintiff's Motion for Discovery Sanctions (Doc. #421, filed 11/28. 2008) is DENIED.

Discussion regarding service on Defendant Clark and pending motions.

**Court in recess:** 9:44 a.m. (Hearing concluded)
**Total time in court:** 0:34