IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 12, 2009.**

    In light of Defendants' response filed January 9, 2009, Plaintiff's Motion for Service of Complaint upon Defendant Lieutenant Clark [filed December 19, 2008; docket #456], which the Court construes as a motion for the status of service upon Defendant Clark, is **granted**. Counsel representing Defendant Clark shall file a notice of appearance in accordance with federal and local rules.