IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2009.**

    Plaintiff's Second Supplemental Motion for Preliminary Injunction [filed January 23, 2009; docket #484] is **denied without prejudice**. The Plaintiff fails to demonstrate how the within motion is different than the Supplemental Motion for Preliminary Injunction currently before Judge Krieger [docket #297], and, if different, he fails to move for leave to supplement the original motion.