IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 28, 2009.**

    Plaintiff's Motion for Court to Review Criminal Conviction Inextricably Linked to this Civil Action [filed January 21, 2009; docket #481] is **denied without prejudice**.[1]  Pursuant to Rule 1(b) of the Rules Governing Section 2254 cases, the district court may apply any or all of the rules applicable to a § 2254 habeas petition to other habeas petitions, such as those pursuant to § 2241. Rule 3 requires that the original petition be filed with the clerk and accompanied either by a filing fee or a motion for leave to proceed *in forma pauperis*. D.C. Colo. LCivR 8.2 requires that all *pro se* prisoners shall use the forms established by this Court to file an action.

    Therefore, if Plaintiff wishes to proceed with his § 2241 action, he shall complete and file an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 with the Court. Furthermore, if he desires to proceed *in forma pauperis*, the Plaintiff shall complete and file with the Court a Prisoner's Motion and Affidavit. In the alternative, he may pay the $5.00 filing fee in full.

    The Clerk of the Court shall mail to the Plaintiff two copies of the following forms: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241; Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § in a Habeas Action.

---

[1] *See, e.g., Adams v. Wiley*, 2008 WL 4746794, *2 (10th Cir. Oct. 30, 2008) (finding that a magistrate judge may determine that a motion is improperly filed and order the petitioner to use the proper forms to file the motion).