IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 2, 2009.**

    Plaintiff's Motion to Compell [sic] Defendants' Compliance with Discovery Rules [filed January 29, 2009; docket #490] is **denied without prejudice** for failure to comply with D.C. Colo. LCivR 37.1 (a movant "shall set forth verbatim the interrogatory, request, and response to which the motion [to compel] is directed").