IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2009.**

    The Motion to Bar Defendant's Response filed by proposed-intervenor Casey Rodriguez [filed February 25, 2009; docket #522] and the Motion to Bar Defendant's Response filed by proposed-intervenor Richard Leverich[1] [filed February 25, 2009; docket #524] are **denied as moot**. Mr. Rodriguez and Mr. Leverich assert that they did not receive a copy of Defendants' response to their motions to intervene from Defendants; therefore, Mr. Rodriquez and Mr. Leverich argue that the response should be stricken. However, this Court has already ordered that a copy of the response be mailed to Mr. Rodriguez and Mr. Leverich, and has extended the deadline for filing a reply to the response [docket #515]. A copy of the response was mailed to Mr. Rodriguez and Mr. Leverich on February 20, 2009 [docket #516], and the reply deadline was extended to March 9, 2009. Therefore, Mr. Rodriguez and Mr. Leverich have suffered no prejudice as a result of the delay in receiving a copy of the response and, thus, striking Defendants' response is not appropriate in this matter.

    Similarly, Mr. Rodriguez' Motion for Extension of Time, Copies of Defendant's Responses to Docket #429, 437, & 438, and Order Directing Defendants to Allow Service of Filings to Peter Georgacarakos in Accordance [sic] Rules of Court [filed February 25, 2009; docket #523] and Mr. Leverich's Motion for Extension of Time, Copies of Defendant's Responses to Docket #429, 437, & 438, and Order Directing Defendants to Allow Service of Filings to Peter Georgacarakos in Accordance [sic] Rules of Court [filed February 25, 2009; docket #525] are **denied**. Mr. Rodriguez' and Mr. Leverich's requests for a copy of the response and for an extension of time within which to file a reply are **moot** in light of this Court's order [docket #515]. In addition, Mr. Rodriguez' and Mr. Leverich's requests for the Court "to order Defendants to allow all movants to file copies of

---

[1] Mr. Leverich's motion is incomplete; however, the pages filed appear to be identical to those filed by Mr. Rodriguez; therefore, the Court will treat both motions as requesting the same relief.

motions, replies, etc. with Peter Georgacarakos in accordance with the rules of court" are denied for the following reasons: first, Mr. Rodriquez and Mr. Leverich may not make requests on behalf of other individuals; second, Mr. Rodriguez and Mr. Leverich identify no court rule that supports their requests; and third, until Mr. Rodriguez and/or Mr. Leverich become a party to this case, they must file and serve all pleadings as individual proposed intervenors in accordance with this Court's rules.