IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 27, 2009.**

    Plaintiff's Motion to Strike Defendants' Motion for Protective Order [filed February 26, 2009; docket #533] is **denied**. Plaintiff articulates, and the Court perceives, no injury or prejudice from the fact that Plaintiff's position statement was not received by defense counsel prior to filing the motion. As Plaintiff apparently opposes the motion, he shall file a response in accordance with this Court's February 20, 2009 order.