IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 4, 2009.**

    Pending before the Court is a Motion to Intervene as a Plaintiff under Rule 24(b) filed by Shane McMillan [docket #540]. Pursuant to D.C. Colo. LCivR 7.1C, Defendants shall file a response to the motion **on or before March 24, 2009**. The proposed intervenor may file a reply within fifteen (15) days after the response is filed.