IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 9, 2009.**

    Plaintiff's Motion for Court to Order Defendants to Serve Intervention Papers to Plaintiff [filed March 5, 2009; docket #545] is **denied**. A review of Defendants' response to the pending motions to intervene indicates that the response was served upon Plaintiff; in fact, Plaintiff filed a reply[1] to the response on February 13, 2009 [docket #509]. An individual who files a pleading or paper with the Court is responsible for serving the document on all parties in the litigation. *See* Fed. R. Civ. P. 5(a).

    The Court finds Plaintiff's motion to be frivolous and an unnecessary imposition on the Court's resources. The Court warns Plaintiff that any additional filing of frivolous or groundless motions may result in sanctions against the Plaintiff, including striking or summarily denying such motions. *See* Fed. R. Civ. P. 11(c) and D.C. Colo. LCivR 7.1H.

---

    [1]Because the pending motions to intervene did not originate from the Plaintiff, it was improper for him to file a reply. *See* D.C. Colo. LCivR 7.1C.