IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, March 17, 2009.**

    The ***Ex Parte*** Motions for Request of Photo Copies to be Ordered Given by Defendants filed by Richard Leverich [filed March 13, 2009; docket #557] and by Casey Rodriguez [filed March 16, 2009; docket #561] are **stricken**. Absent extraordinary circumstances, all motions must be filed and served on opposing parties. The Court can discern no extraordinary circumstances here.