IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 23, 2009.**

    Plaintiff's Motion for Court to Reconsider Minute Order [filed March 18, 2009; docket #574] is **denied without prejudice**. The Plaintiff fails to specify which pleadings, if any, he has not received through service by the proposed intervenors.