IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 25, 2009.**

    Plaintiff's Motion for Discovery Sanctions [<u>filed March 23, 2009; docket #582</u>] is **denied**. To the extent that Plaintiff wishes to amend the current Scheduling Order to request additional discovery, he may do so in an appropriate motion.