IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2009.**

    For the same reasons set forth in this Court's March 25, 2009 order [docket #588] and March 17, 2009 order [docket #567], Plaintiff's Motion for Reconsideration of Protective Order Based on Legal Error [filed March 30, 2009; docket #599] is **denied**. For purposes of clarification, the December 10, 2008 hearing took place to address Plaintiff's request to increase the number of requests for production of documents and requests for admissions; there was no discussion regarding increasing the number of interrogatories to which the parties stipulated at the Scheduling Conference.