IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2009.**

    Plaintiff's Motion for Rule 11 Sanctions [filed March 30, 2009; docket #597], which has been construed by the District Court as a motion pursuant to Fed. R. Civ. P. 37, is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 37(a) ("[t]he motion must include a certification that the movant has in good faith conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action"). The Court also notes that Plaintiff recently filed a Motion to Compel Discovery pursuant to Rule 37 [docket #583; filed March 23, 2009], which remains pending awaiting briefing by the parties.