IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2009.**

    Plaintiff's Second Motion for Reconsideration of Minute Order Denying Service Upon Himself of Intervention Pleadings by ADX Defendants [filed March 31, 2009; docket #604] is **denied**. Plaintiff is warned that the filing of redundant motions may be grounds for imposing sanctions pursuant to D.C. Colo. LCiv R 7.1H.