IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

     Plaintiff,

v.

WILEY, *et al.*,

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 2, 2009.**

     Plaintiff's [renewed] Motion to Suppress Inaccurate Deposition [filed March 30, 2009; docket #596] is **denied without prejudice**. The District Court will assess the value of evidence, including Plaintiff's deposition testimony, during dispositive proceedings. *See* docket #518 at 16-17. Here, there is no dispositive motion yet filed by the Defendants.