IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

     Plaintiff,

v.

WILEY, *et al.*,

     Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 8, 2009.**

     Plaintiff's Motion for Court to Allow Joseph Dougherty to Intervene Here [filed April 7, 2009; docket #626], which the Court construes as Plaintiff's request to file a motion to intervene on behalf of Mr. Dougherty,[1] is **denied**. An individual who is not an attorney admitted to practice in this Court cannot be allowed to represent any other person, class or legal entity. *See Cotner v. Hopkins*, 795 F.2d 900, 903 (10th Cir. 1986) (plaintiff inmate must assert his own constitutional rights); *see also Abdulhaseeb v. Saffle*, 65 F. App'x 667, 671 (10th Cir. 2003) (unpublished) (inmate could not raise claim on behalf of fellow inmate); *Feliciano v. DuBois*, 846 F. Supp. 1033, 1039 (D. Mass. 1994) (citing *In re Victor Publishers, Inc.*, 545 F.2d 285, 286 (1st Cir. 1976)) (same).

---

[1]There is no motion to intervene filed by Joseph Dougherty currently pending before this Court.