IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 15, 2009.**

    Plaintiff's Motion to Disallow Any Dispositive Motion Submitted before Defendants have Complied with Discovery, Especially the Production of Documents, as yet Wholly Ignored [filed April 13, 2009; docket #633] is **denied**. If Plaintiff requires additional time to respond to a dispositive motion filed by Defendants, he may seek such relief at the appropriate time.[1]

---

    [1] In addition, the Court notes that Plaintiff's Motion to Compel, filed March 23, 2009, is currently pending awaiting full briefing by the parties.