IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 14, 2009.**

    Plaintiff's Supplemental Motion to Compel Discovery [filed May 12, 2009; docket #661] is **granted in part and denied in part**.  Essentially, Plaintiff requests that the Court compel Defendants to respond to a request for production of documents that has not been yet propounded. To this extent, Plaintiff's request is denied.  However, although the discovery deadline has passed, the Court will allow Plaintiff to propound the request set forth in his motion, and Defendants shall respond to the request, which the Court recognizes as propounded as of the date of the motion, in accordance with Fed. R. Civ. P. 34 and other applicable court rules.