IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 1, 2009.**

    Plaintiff's Motion for Court to Review Criminal Conviction Inextricably Linked to this Civil Action [filed May 18, 2009; docket #664] is **denied** as duplicative of the motion Plaintiff filed in this case on January 21, 2009 [docket #481].  *See* D.C. Colo. LCivR 7.1H.