**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy:   Patricia Glover                          Date: June 4, 2009
Court Reporter:     Paul Zuckerman

Civil Action No. 07-cv-01712-MSK-MEH

*Parties*:                                                   *Counsel Appearing:*

PETER GEORGACARAKOS,                                         Peter Georgacarakos *pro se*

            Plaintiff,

v.

WILEY,                                                       J. Benefict Garcia
CRUZ,                                                        Juan Villasenor
JAVERNICK,
COLLINS,
SUDLOW,
MADISON,
CHURCH,
LT. JOHN DOE,
HEIM,
MARTINEZ,
FENLON,
PUGH,
HOOD,
HERSCHBERGER,
BUREAU OF PRISONS,
DEPT. OF JUSTICE, and
UNITED STATES,

            Defendants.

---

**COURTROOM MINUTES**

---

HEARING:   Final Pretrial Conference.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

**4:02 p.m.        Court in session.**

Plaintiff *pro se* is present by telephone.  Counsel for defendants are present as listed above.
Defendants are not present.

**ORDER:**        Counsel for defendants shall purchase on an expedited basis a transcript of these
                  proceedings and transmit to defendants.  The clients shall not bear the cost of the
                  transcript.

**The Court addresses the Pending Motions.**

The Court addresses Plaintiff's Motion for Return of Original Documents (**Doc. #397**) and
Plaintiff's Motion for Order for Compliance with Order that Original Documents be returned
(**Doc. #624**).

**ORDER:**        The Motions at **Doc. #397 and #624** are **DENIED** as moot.

The Court addresses the Motion to Intervene by Ralph Gambina (**Doc. #429**), the Magistrate
Judge's Recommendation to deny the motion (**Doc. #568**) and plaintiff's Objections to the ruling
(**Doc. #594**).

**ORDER:**        The Court adopts the recommendation of the Magistrate Judge and Gambina's
                  Motion to Intervene (**Doc. #429**) is **DENIED.**

The Court addresses the Motion to Intervene by Richard Leverich (**Doc. #437**), the Magistrate
Judge's Recommendation to deny the motion (**Doc. #577**) and Plaintiff's Objection to the
recommendation (**Doc. #593**).

**ORDER:**        The Court adopts the recommendation of the Magistrate Judge and Leverich's
                  Motion to Intervene (**Doc. #437**)  is **DENIED.**

The Court addresses Motion to Intervene by Casey Bernard Rodriguez (**Doc. #438**), the
Magistrate Judge's Recommendation to deny the motion (**Doc. #578**), Plaintiff's Objections to
the recommendation (**Doc. #605**)..

**ORDER:**        The Court adopts the recommendation of the Magistrate Judge and **DENIES** the
                  Motion to Intervene (**Doc. #438**)

Courtroom Minutes
Judge Marcia S. Krieger
Page 3

The Court addresses Motion to Intervene by Shane McMillan. (**Doc. #540**), the Magistrate
Judge's Recommendations to deny the motion (**Doc. #621**) and Plaintiff's Objections (**Doc.
#642).**

**ORDER:**      The Court adopts the recommendation of the Magistrate Judge and **DENIES** the
                Motion to Intervene (**Doc. #540**)

The Court addresses Plaintiff's Motion for Summary Judgment (**Doc. #590**)

**ORDER:**      Plaintiff's Motion for Summary Judgment (**Doc. #590**) is **DENIED** without
                prejudice.

The Court addresses plaintiff's Objections (**Doc. #592**)  to Magistrate Judge's Order (**Doc. #565**)
Denying Plaintiff's Motion to Compel (**Doc. #502**)

**ORDER:**      The Court overrules plaintiff's Objections and affirms the Magistrate Judge's
                ruling.  The Motion to Compel (**Doc. #502**) is **DENIED.**

The Court addresses Plaintiff's Motion for Leave to Proceed Under 28 U.S.C. §1915. (**Doc.
#622**)

**ORDER**:      The Motion for Leave (**Doc. #622**)  is **DENIED** as moot.

The Court addresses Plaintiff's objections (**Doc. #634, 644**)  to Magistrate's Orders Denying
Plaintiff's Motion to Suppress Inaccurate Deposition (Doc. #618); Denying Plaintiff's Motion to
Intervene (Doc. #628) and Order Denying Plaintiff's Motion to Intervene (Doc. #620).

**ORDER:**      The Court overrules the Plaintiff's Objections and affirms the Magistrate Judge's
                denial of the plaintiff's motions at Doc. #596, #626 and #614).

The Court addresses Plaintiff's Objections (**Doc. #634, 648**) to Magistrate Judge's Orders
Denying Plaintiff's Motion to Order Marshals to Serve Subpoena (Doc. #619) and Order
Denying Plaintiff's Motion to Reopen Discovery (Doc. #641).

**ORDER:**      Plaintiff's Objections are overruled and the Court affirms the Magistrate Judge's
                Rulings.

The Court addresses Plaintiff's Motion for Preliminary Injunction (**Doc. #637**).

Courtroom Minutes
Judge Marcia S. Krieger
Page 4

**ORDER:**     Plaintiff's Motion for Preliminary Injunction (**Doc. #637) is DENIED without prejudice.**.

The Court addresses Plaintiff's Motion to Strike (**Doc. #654**).

**ORDER:**     Plaintiff's Motion to Strike (**Doc. #654) is DENIED.**

The Court addresses Plaintiff's Motion for Sanctions (**Doc. #659**).

**ORDER:**     The Plaintiff's Motion fo Sanctions (**Doc. #659**) is **DENIED.**

The Court addresses Plaintiff's Objections (**Doc. #660)** to Magistrate Judges Order denying Plaintiff's Motion to Compel (**Doc. #655**).

**ORDER:**     The Plaintiff's Objections are overruled and the Magistrate Judge's ruling is affirmed.

The Court addresses Defendants' Motion for Summary Judgment (**Doc. #645**).  The Court will rule on this motion in a written order upon further consideration.

The Court addresses the proposed Final Pretrial Order and its deficiencies and advises that a new proposed final pretrial order will need to be filed and a witness and exhibit list that comports with the Practice Standards of this Courtroom.

**ORDER:**     Revised final pretrial order to be submitted by **June 22, 2009.**

**ORDER:**     Revised witness and exhibit lists to be submitted by **June 22, 2009.**

The parties advise they have not participated in a settlement conference.

The Court addresses the time estimated by the parties for trial and that the time will be split among the parties evenly and tracked on a chess clock by the Courtroom Deputy.

**ORDER:**     The Court instructs the parties to set a settlement conference with the Magistrate Judge and advise the Court in the revised Final Pretrial Order the date of same.

**ORDER:**     Proposed *voir dire* and jury instructions will be filed within 20 days after the date of the settlement conference.

Courtroom Minutes
Judge Marcia S. Krieger
Page 5

The Court addresses questions from the parties..

**5:13 p.m.       Court in recess.**

**Total Time:    1 hours 11 minutes.**
**Hearing concluded.**