IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 22, 2009.**

    Plaintiff's Motion to Compel Discovery [filed June 8, 2009; docket #673] is **denied without prejudice** for failure to comply with Fed. R. Civ. P. 37(a) and D.C. Colo. LCivR 37.1.