IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

     Plaintiff,

v.

WILEY, *et al.*,

     Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 22, 2009.**

     Plaintiff's Motion for Mental Exam Pursuant to Rule 35 [filed June 12, 2009; docket #681] is **denied**.  Fed. R. Civ. P. 35 provides that a court "may order a party . . . to submit to a physical or mental examination."  Here, Plaintiff is volunteering to submit to an examination; thus, no order is necessary.