IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 22, 2009.**

    Plaintiff's Motion for Extra Discovery, Part II [filed June 11, 2009; docket #677] is **denied**. Discovery in this matter concluded on March 2, 2009, except that on May 14, 2009, the Court allowed Plaintiff to propound one request for production of documents, as set forth in his Supplemental Motion to Compel Discovery [docket #661]. Here, Plaintiff has not shown good cause to amend the Scheduling Order again to extend the discovery deadline for more than three months.