IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2009.**

    Plaintiff's Motion for Issuance and Service of Subpoena [filed June 26, 2009; docket #712] is **denied**. Discovery ended in this case on March 2, 2009, and Plaintiff shows no cause for reopening discovery almost four months later.