IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 29, 2009.**

    Plaintiff's Motion for Reconsideration of Minute Order of June 1, 2009 [filed June 12, 2009; docket #682] is **denied**. Plaintiff's original motion filed January 21, 2009 was denied without prejudice for failing to follow the Court's procedures in filing a motion pursuant to 28 U.S.C. § 2241. The motion to which the within motion is addressed was identical to the original motion and, likewise, failed to comply. The Plaintiff may simply review this Court's January 28, 2009 order [docket #488] for information as to how to proceed in filing a § 2241 motion.