IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

     Plaintiff,

v.

WILEY, *et al.*,

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2009.**

     Plaintiff's Motion to Amend Additional Discovery [filed June 29, 2009; docket #715] is **stricken** as redundant of Plaintiff's Motion for Extra Discovery, Part II [docket #677]. *See* D.C. Colo. LCivR 7.1H.