IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 8, 2009.**

    Plaintiff's Motion for Court Order Instructing Defendants to Take Pictures of Injuries if They Shoot Plaintiff in the Future [filed June 23, 2009; docket #701] is **denied**. Plaintiff asserts only speculative injuries and, therefore, his request is not ripe for determination.