IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2009.**

    Plaintiff's Second Motion for Reconsideration of Motion to Review 2241 Petition [filed July 9, 2009; docket #733] is **denied**. In the current motion, Plaintiff states that the Court has misunderstood his request to consider an already filed § 2241 motion (a copy of which has not been presented). However, there is nothing in the Plaintiff's original motion [docket #664] nor in the subsequent motion for reconsideration [docket #682] referring to a § 2241 motion that the Plaintiff has purportedly filed; in fact, the original motion, brought "pursuant to 28 U.S.C. § 2241," requests that the Court "review the criminal portion of the conspiracy of this case pursuant to § 2241 . . . since [Plaintiff's] conviction is inextricably linked to the facts and law of this case." In any case, even if the Plaintiff has filed a petition pursuant to 28 U.S.C. § 2241 in accordance with federal and local rules in this district, this Court may not review or consider a pleading filed in a separate matter unless it is properly submitted in the instant action as evidence supporting a party's position.