IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 14, 2009.**

    Plaintiff's Motion to Join Defendants in Actions [filed July 13, 2009; docket #736], which is construed as a motion to consolidate cases, is **denied without prejudice** as premature. Although it appears that the court in *Georgacarakos v. Watts, et al.*, Civil Action No. 08-cv-02147-RJL, has granted Plaintiff's motion to change venue, the case has not been transferred to this district.