IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 20, 2009.**

    Plaintiff's Motion to Compel [filed July 17, 2009; docket #748] is **denied without prejudice**. As he has been instructed previously, the Plaintiff must comply with D.C. Colo. LCivR 37.1: "[a] motion [to compel] under Fed. R. Civ. P. 37 . . . shall set forth verbatim the interrogatory, request and *response* to which the motion is directed" (emphasis added).