IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 21, 2009.**

    Plaintiff's Motion to Suppress Photocopied Letters Acquired in Violation of Federal Regulation [filed June 25, 2009; docket #706] is **denied**. The Plaintiff seeks to suppress copies of outgoing letters (authored by him) that were submitted by Defendants as exhibits in support of their motion for summary judgment. *See* docket #667-3. The Court notes that the relevant portion of the regulation to which Plaintiff refers does not appear to apply to the facility at which he is housed. *See* 28 C.F.R. 540.14(c)(1) (referring to "outgoing mail from a sentenced inmate in a minimum or low security level institution"). As there appears to be no basis upon which to grant the Plaintiff's motion, it is denied. *See United States v. Gordon*, 168 F.3d 1222, 1228 (10th Cir. 1999) ("[i]n the case of unprivileged incoming and outgoing prison mail, regulation by prison officials is 'essentially an administrative matter in which the courts will not intervene'") (citations omitted).