IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 21, 2009.**

    Plaintiff's Motion for A.P.A. Ruling [filed July 20, 2009; docket #752] is **denied without prejudice**. Plaintiff's request that the Court "make an APA ruling at this time" is a separate claim for relief for which the Plaintiff must move pursuant to Fed. R. Civ. P. 15(a).