IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 22, 2009.**

    For the same reasons set forth in this Court's April 3, 2009 order[1] [docket #619], Plaintiff's Motion for Subpoena and Service Thereof [filed June 25, 2009; docket #705] is **denied**.

---

[1] The Court notes that Judge Krieger denied Plaintiff's appeal [docket #634] of this order. *See* docket #671.