IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 23, 2009.**

    Plaintiff's Motion for Court to Inquire into Missing § 2241 Motion [filed July 21, 2009; docket #757] is **denied**. It is Plaintiff's responsibility to keep track of the separate actions he files in this Court or in other courts. As Plaintiff knows, he may direct any inquiries regarding the filing of these actions to the Clerk of the Court.