IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 28, 2009.**

    For the same reasons set forth in this Court's July 20, 2009 order [docket #751], Plaintiff's Motion to Compel [filed July 17, 2009; docket #764] is **denied without prejudice**. In addition, Plaintiff's motion fails to comply with D.C. Colo. LCivR 7.1C (". . . a motion involving a contested issue of law shall state under which rule or statute it is filed and be supported by a recitation of legal authority incorporated into the motion").

    The Court notes that Plaintiff has filed several motions in this case requesting the Court's intervention on discovery issues and, thus, he is familiar with the discovery rules and this Court's orders. Consequently, the Plaintiff is warned, once again, that any future filing of redundant motions, or motions filed in contravention of this Court's orders, is prohibited; such motions will be stricken and their filing may be grounds for imposing sanctions, such as dismissal of this case. *See* D.C. Colo. LCivR 7.1H.