IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01712-MSK-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.*,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 31, 2010.**

    Pending before the Court is Plaintiff's Motion to Compel Discovery and for Privacy Act Order [filed August 4, 2009; docket #773]. The Court finds that the motion is not framed in such a way as to account for Judge Krieger's recent order on Defendant's Motion for Summary Judgment (*see* docket #810) and determines that it is in the interests of justice to allow the Plaintiff to re-file the motion taking into consideration Judge Krieger's order. Therefore, the Court will **deny without prejudice** Plaintiff's pending motion and permit the Plaintiff to re-file the motion on or before April 23, 2010. Defendants shall file a response to the motion and Plaintiff may file a reply brief in accordance with the time constraints set forth in D.C. Colo. LCivR 7.1C and other applicable rules.