U.S. DISTRICT COURT
DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 31 2011

GREGORY C. LANGHAM
CLERK

GEORGACARAKOS
v.
WILEY, et al.

CIVIL NO. 07-01712 (MSK-MEH)

## DECLARATION OF PETER GEORGACARAKOS

I, PETER GEORGACARAKOS, HEREBY MAKE THE FOLLOWING DECLARATION PURSUANT TO 28 USC § 1746:

1. AFTER MY WARDEN-LEVEL ADMINISTRATIVE REMEDY CONCERNING THE DEDUCTION OF PLRA PAYMENTS WAS DENIED, I IMMEDIATELY FILED AN APPEAL TO THE REGIONAL OFFICE, WHICH HAS NOT YET BEEN ANSWERED.

2. I HAVE NO PROBLEM GETTING LEGAL STAMPS AND COPIES FROM DEFENDANTS BUT MUST SIGN AN ENCUMBRANCE CONTRACT FOR ALL AND ALREADY OWE ALMOST $1400.00 DUE TO THIS CIVIL ACTION.

3. THE LAST PHASE OF THE ADX "STEPDOWN PROGRAM" MAKES NO PROVISION FOR PROVIDING PENS TO INDIGENT PRISONERS AND I AM BEING DENIED STAMPS FOR PERSONAL USE AS WELL.

<u>DECLARATION OF GEORGACARAKOS 2</u>

4. SINCE 2006, I HAVE RECEIVED AND SPENT A TOTAL OF $14.00, WHICH I USED TO BUY STAMPS, PENS, AND DEODERANT.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY INFORMATION, KNOWLEDGE, AND BELIEF.

EXECUTED ON THIS 26th DAY OF JANUARY, 2011, IN FLORENCE, COLORADO.

*[signature]*

PETER N. GEORGACARAKOS
PRO SE