IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 07-cv-01712-RBJ-MEH

PETER GEORGACARAKOS,

    Plaintiff,

v.

WILEY, *et al.,*

    Defendants.

---

## ORDER

---

    Magistrate Judge Hegarty issued an order on February 1, 2012 recommending that defendants' Third Motion for Summary Judgment be granted. The order advised the parties that they could serve and file written objections within 14 days. [#886] at 1 n.2.

    On February 21, 2012 Mr. Georgacarakos filed an undated letter to the Clerk of the Court providing notice of a change of address and asking that "all matters in this case" be continued for 30 days. On February 22, 2012 the Court issued an order that treated Mr. Georgacarakos' letter as a timely motion for extension of time and granted as additional 14 days from the date of the order in which to file an objection to the magistrate judge's recommendation. The 14 additional days expired on March 7, 2012.

    Having received no objection, the Court on March 12, 2012 issued an order adopting and affirming the recommendation of the magistrate judge. Final judgment dismissing the case with prejudice was entered on March 15, 2012.

    On March 19, 2012 Mr. Georgacarakos filed an objection to the magistrate judge's recommendation. The objection is untimely and moot. If Mr. Georgacarakos wishes to pursue

1

an appeal from the judgment of dismissal and/or from any previous orders in the case he should consult the Federal Rules of Appellate Procedure, in particular Rules 4 and 24, and 28 U.S.C. § 1915.

DATED this 20th day of March, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge